JESSE S. CREECH v. SUN LIFE ASSURANCE COMPANY OF CANADA.

(Filed 10 October, 1945.)

**Insurance §§ 30a, 37—**

> In an action by plaintiff, the insured in a policy of life insurance with defendant, where there are allegations and evidence, *pro* and *con*, as to whether or not the plaintiff paid premiums sufficient to keep the policy in force, the jury answering the issue for defendant, there is no error.

APPEAL by plaintiff from *Thompson, J.,* at April Term, 1945, of JOHNSTON. No error.

Civil action on a life insurance policy here on former appeal. *Creech v. Assurance Co.,* 224 N. C., 144.

There was verdict and judgment for defendant and plaintiff appealed.

*E. G. Hobbs* and *Lyon & Lyon* for plaintiff, appellant.

*Abell, Shepard & Wood* and *Smith, Wharton & Jordan* for defendant, appellee.

PER CURIAM. The plaintiff contends that the insured paid the first annual premium on the policy and in addition paid four quarterly premiums during said year. The defendant contends that the insured, being unable to pay the first annual premium, arranged to convert the policy to a quarterly premium-payment policy. If the facts are as contended by the plaintiff, then the policy, by reason of its extension provisions, was in full force and effect at the time of the death of the insured. If as contended by defendant, it had lapsed. The jury answered the issue in

favor of the defendant. No prejudicial error is made to appear. The verdict and judgment must stand.

No error.